LONGYEAR, LAVRA & CAHILL, LLP
Nicole M. Cahill, CSB No. 287165
Alexander Mahoney CSB No. 359995
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: (916) 974-8500
Facsimile: (916) 974-8510
Emails: cahill@longyearlaw.com
mahoney@longyearlaw.com

Attorneys for Defendants,
County of Sacramento [also sued as Sacramento County Sheriff's Department],
Jim Cooper, and Melissa Dawn Propps

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL OSTAPYUK,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DRY CREEK JOINT ELEMENTARY SCHOOL DISTRICT, JIM COOPER, MELISSA DAWN PROPPS, JAIME HANAN, and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02281-DC-JDP<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO MODIFY THE SCHEDULING ORDER** |

Under Federal Rules of Civil Procedure 16(b)(4) and Local Rule 143, the parties stipulate to and hereby respectfully request a modification of this Court's scheduling order. Pursuant to the Court's Initial Scheduling Order (ECF No. 13), the current schedule is as follows:

- Motions to Compel: January 28, 2027;
- Non-Expert Discovery Cut-off: February 19, 2027;
- Expert Disclosures: November 20, 2026;

- Supplemental Expert Disclosures: December 18, 2026;
- Dispositive Motions: April 22, 2027.

The parties in this case request an extension of the current schedule. The respective deadlines would thus be as follows:

- Motions to Compel: November 18, 2027;
- Non-Expert Discovery Cut-off: December 10, 2027;
- Expert Disclosures: September 10, 2027;
- Supplemental Expert Disclosures: October 8, 2027;
- Dispositive Motions: February 10, 2028.

A scheduling order may only be modified upon a showing of good cause and by leave of Court. Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). In considering whether a party moving for a schedule modification has good cause, the Court primarily focuses on the diligence of the party seeking the modification. *Johnson*, 975 F.2d at 609.

Plaintiff filed his initial complaint in state court on June 26, 2025. (Declaration of Alexander Mahoney ("Mahoney Decl."), ¶ 2.) Defendants removed this case to federal court on August 11, 2025. (ECF No. 1.) On August 18, 2025, Defendants filed their answers to Plaintiff's complaint. (ECF Nos. 2 and 3.) On September 4, 2025, Plaintiff filed a first amended complaint ("FAC"). (ECF No. 8.) Defendants County of Sacramento, Jim Cooper, and Melissa Dawn Propps ("County Defendants") answered Plaintiff's FAC on September 17, 2025. (ECF No. 9.) Defendants Dry Creek Joint Elementary School District and Jaime Hanan ("Dry Creek Defendants") answered Plaintiff's FAC on September 18, 2025. (ECF No. 10.) On October 8, 2025, the Court issued its initial scheduling order. (ECF No. 13.)

Since the Court issued its scheduling order, the parties have exchanged written discovery and diligently pursued a settlement conference. (Mahoney Decl., ¶ 3.) The parties exchanged initial disclosures in December 2025. (Mahoney Decl., ¶ 4.) Between January 13, 2026, and April 26, 2026, Plaintiff served the County Defendants with multiple sets of written discovery, including Interrogatories, Requests for Admission, and Requests for Production.

(Mahoney Decl., ¶ 5.) County Defendants served responses to Plaintiff's requests on February 27, 2026. (Mahoney Decl., ¶ 6.) These responses included the production of nearly 1,500 pages of documents. (*Id.*)

County Defendants served Plaintiff with written discovery requests of their own on February 23, 2026. (Mahoney Decl., ¶ 7.) Plaintiff served responses on March 23, 2026. (*Id.*) Shortly after exchanging this first round of discovery, the parties began to express mutual interest in attending a settlement conference. (Mahoney Decl., ¶ 8.) To avoid unnecessary legal fees and thereby improve the prospect of a successful settlement conference, the parties also agreed to an informal stay of discovery. (Mahoney Decl., ¶ 9.) Originally, the parties agreed to attend a settlement conference on October 28, 2026. (Mahoney Decl., ¶ 10.) Due to protracted scheduling difficulties, however, the parties were unable to secure that date with the Court. (Mahoney Decl., ¶ 11.) The parties have confirmed their availability for a settlement conference on March 10, 2027, and will seek to reserve that date with the Court. (Mahoney Decl., ¶ 12.). If the March 10th date is not available, the parties aim to attend a settlement conference in the early part of next year. (Mahoney Decl., ¶ 13.) The requested modifications are intended to allow the parties time to attend the settlement conference, as well as the opportunity to litigate this case should settlement discussions fail. (Mahoney Decl., ¶ 14.)

For these reasons, good cause exists to modify the Court's scheduling order, including the deadlines identified above and any related dates.

IT IS SO STIPULATED.

Dated: November 5, 2026

LONGYEAR, LAVRA & CAHILL, LLP

By: <u>*/s/ Alexander Mahoney*</u>
NICOLE M. CAHILL
ALEXANDER MAHONEY
Attorneys for Defendants, County of Sacramento, Jim Cooper, and Melissa Dawn Propps

Dated: November ____, 2026

PLAINTIFF IN PRO SE

By: ______________________________
SAMUEL OSTAPYUK

Dated: November 10, 2026

ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Jacob J. Graham (as authorized 11/10/26)*
JACOB J. GRAHAM
Attorneys for Defendants, Dry Creek Joint Elementary School District and Jaime Hanan

## ~~[PROPOSED]~~ ORDER

Good cause appearing, the parties' stipulated request to modify the Court's Scheduling Order (ECF No. 13) is GRANTED.

The relevant deadlines are ordered as follows:

- Motions to Compel: November 18, 2027;
- Non-Expert Discovery Cut-off: December 10, 2027;
- Expert Disclosures: September 10, 2027;
- Supplemental Expert Disclosures: October 8, 2027;
- Dispositive Motions: February 10, 2028.

IT IS SO ORDERED.

Dated: November 24, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE